UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCCUPY LOS ANGELES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. CV 12-297 GHK(JC)<br><br>JUDGMENT |

Pursuant to the Order Granting Motions to Dismiss First Amended Complaint Pursuant to Fed. R. Civ. P. 41(b), etc., IT IS ADJUDGED that the First Amended Complaint and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: 3/23/16

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE